UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORRIN TYLER COLBOURN,<br><br>    Petitioner,<br><br>    v.<br><br>UNKNOWN,<br><br>    Respondent. | No. 2:20-cv-0550 JAM DB P<br><br>ORDER |

Petitioner is a county inmate proceeding pro se with an application for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner claims the sentence he received following his 2018 Butte County conviction should be reduced based on a change in California law. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

    On August 11, 2020, the magistrate judge filed findings and recommendations herein which were served on petitioner and which contained notice to petitioner that any objections to the findings and recommendations were to be filed within thirty days. (ECF No. 8.) Petitioner has not filed objections to the findings and recommendations.

    The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed August 11, 2020, are adopted in full;

2. The petition (ECF No. 1) is dismissed.

3. The court declines to issue the certificate of appealability referenced in 28 U.S.C. § 2253.

DATED:  December 7, 2020

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE